IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

LECLERES RAMOS RODOLFO
XXX-XX-7008

VAZQUEZ RIVERA LEONILDA
XXX-XX-3705

DEBTORS

CASE NO 18-06867/BKT

CHAPTER 7

## DEBTORS' MOTION TO CONDUCT §341 MEETING OF CREDITORS THROUGH INTERROGATORIES AS TO THE DEBTOR RODOLFO LECLERES RAMOS AND TO ALLOW JOINT PETITIONER LEONILDA VAZQUEZ RIVERA TO APPEAR AT §341 MEETING ON BEHALF OF THE DEBTOR

TO THE HONORABLE COURT:

COME NOW, **RODOLFO LECLERES RAMOS** and **LEONILDA VAZQUEZ RIVERA**, the Debtors in the above captioned case, through the undersigned attorney, and very respectfully state and pray as follows:

1. The Debtors filed a voluntary petition pursuant to 11 U.S.C. §§701, *et seq.*, on November 28, 2018. Wigberto Lugo Mender, Esq., was appointed Chapter 7 Trustee in the present case.

2. That the Debtor Rodolfo Lecleres Ramos has a medical condition that prevents him from appearing at the 341-7 meeting in the present case.

3. That Chapter 7 Trustee has no objection to the Debtor's request to excuse the Debtor and that the 341 meeting be conducted through interrogatories only as to the Debtor Rodolfo Lecleres Ramos.

Page-2-
Debtors' Motion Interrogatory/341 Meeting
Case no. 18-06867/BKT7

4. Therefore, the Debtors hereby respectfully request the Court to Order that the Debtor Rodolfo Lecleres Ramos be excused from appearing at the scheduled §341 meeting of creditors and in lieu thereof the Debtor be permitted to submit answers to the interrogatories in the present case.

5. Furthermore, the Debtors respectfully request that the Joint Debtor Leonilda Vazquez Rivera be allowed to appear at the 341 meeting also on behalf of the Debtor Rodolfo Lecleres Ramos.

**WHEREFORE**, the Debtors, through the undersigned attorney, respectfully request that for the above stated reasons this Honorable Court grant the present motion and Order:

(a) That the Debtor Rodolfo Lecleres Ramos be excused from appear at the 341 meeting of creditors allowing the Debtor to lieu thereof, submit answers to the interrogatories, and

(b) Order that the Joint Debtor Leonilda Vazquez Rivera to appear at the 341 meeting also on behalf of the Debtor Rodolfo Lecleres Ramos, in the present case.

## NOTICE

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF filing system which sill send notice of same to all CM/ECF participants including to Wigberto Lugo Mender, Esq., Chapter 7 Trustee; I also certify that a copy of this motion eas sent via US Mail to the Debtors Rodolfo Lecleres Ramos and Leonilda Vazquez Rivera, PO Box 5597, Caguas PR 00725; and to all creditors and parties in interest (CM/ECF non-participants) as per attached master address list.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 19th day of December, 2018.

*/s/Roberto Figueroa Carrasquillo*
R FIGUEROA CARRASQUILLO LAW OFFICE PSC
USDC #203614
ATTORNEY FOR PETITIONERS
PO BOX 186 CAGUAS PR 00726
TEL. NO 787-744-7699 FAX. 787-746-5294
Email: rfigueroa@rfclawpr.com

```
Label Matrix for local noticing        ORIENTAL BANK AUTOS                    ORIENTAL BANK CCU
0104-3                                  PO BOX 79552                           CCU BANKRUPTCY DEPARTMENT
Case 18-06867-BKT7                      CAROLINA, PR 00984-9552                PO BOX 364745
District of Puerto Rico                                                        SAN JUAN, PR 00936-4745
Old San Juan
Wed Dec 19 10:47:57 AST 2018

ORIENTAL BANK, SERVICER FOR FANNIE MAE  US Bankruptcy Court District of P.R.   FIRST BANK
SARLAW LLC                              Jose V Toledo Fed Bldg & US Courthouse CONSUMER SERVICE CENTER
BANCO POPULAR CENTER, SUITE 1022        300 Recinto Sur Street, Room 109       BANKRUPTCY DIVISION (CODE 248)
209 MUNOZ RIVERA AVE.                   San Juan, PR 00901-1964                PO BOX 9146 SAN JUAN PR, 00908-0146
SAN JUAN, PR 00918

Firstbank Puerto Rico                   ORIENTAL BANK                          Oriental Bank
PO Box 9146                             Centralized Collections Unit           PO Box 1952
San Juan, PR  00908-0146                BOX 364745,                            Humacao, PR  00791
                                        SAN JUAN, P.R. 00936-4745
                                        Att.: RAMN A. SNCHEZ MARRERO 00936-4745

LEONILDA VAZQUEZ RIVERA                 MONSITA LECAROZ ARRIBAS                ROBERTO FIGUEROA CARRASQUILLO
PO BOX 5597                             OFFICE OF THE US TRUSTEE (UST)         PO BOX 186
CAGUAS, PR 00726-5597                   OCHOA BUILDING                         CAGUAS, PR 00726-0186
                                        500 TANCA STREET  SUITE 301
                                        SAN JUAN, PR 00901

RODOLFO LECLERES RAMOS                  WIGBERTO LUGO MENDER
PO BOX 5597                             LUGO MENDER & CO
CAGUAS, PR 00726-5597                   CENTRO INTERNACIONAL DE MERCADEO
                                        100 CARR 165  SUITE 501
                                        GUAYNABO, PR 00968-8052
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Oriental Bank-Autos                  End of Label Matrix
PO Box 79552                            Mailable recipients    13
Carolina, PR 00984-9552                 Bypassed recipients     1
                                        Total                  14
```